

ORDERED in the Southern District of Florida on December 19, 2014.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Tomas & Martha Gonzalez             Case No: 14-33719-AJC
                                            Chapter 13

_____Debtors_____/

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY <u>NATIONSTAR MORTGAGE (LOAN NO. XXXX2868)</u>

THIS CASE came to be heard on   December 16, 2014   on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE   12  ; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the

LF-92 (rev. 01/08/10)                Παγε 1 οφ 3

Court FINDS as follows:

    A.    The value of the debtor's real property (the "Real Property") located at <u>6081 W 24th Avenue #211, Hialeah, FL 33016-6945</u>, and more particularly described as <u>SEGOVIA VILLAS CONDO UNIT 211 BLDG 6081 UNDIV 0.0187% INT IN COMMON ELEMENTS OFF REC 17663-0021 OR 17888-3687 1197 1</u> is $ <u>66,000.00</u> at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    Lender has an allowed secured claim in the amount of $<u>66,000.00</u> payable at 5.25% interest.

4.    (Select only one):

    <u> X </u>    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

    <u>   </u>    Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ <u>      </u>, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:

Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008


Attorney Robert Sanchez, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.