UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 14-33719-AJC

Tomas Gonzalez and                                                Chapter 13
Martha Gonzalez,

      Debtors.
_____/

## MOTION TO CLARIFY ESCROW TREATMENT

U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-AB3 ("Secured Creditor") hereby files this Motion to Clarify Escrow Treatment and in support thereof states:

1. <u>Debtors' Bankruptcy Case</u>:   This case was commenced by the filing of a voluntary Chapter 13 petition on October 27, 2014 (the "Petition Date") by Tomas Gonzalez and Martha Gonzalez (the "Debtors").

2. <u>Collateral</u>:   Secured Creditor holds a first mortgage lien against the Debtors' real property located at 6081 W 24TH Ave, APT 211, Hialeah, Florida 33016 (the "Property").

3. <u>Motion to Value</u>:   On December 22, 2014, an Order Granting Motion to Value (the "Order") [ECF No. 29] was entered valuing the property at $66,000.00.

4. <u>Confirmed Plan</u>:   The Confirmed Second Amended Plan ("Confirmed Plan") included a payment provision for principal and interest with an interest rate of 5.25%, for a total repayment of $75,184.50.  However, the Order and Confirmed Plan were silent as to escrow.

5. <u>Escrow Treatment</u>:   Secured Creditor requests that the Court enter an order to clarifying the treatment of escrow with regards to the property taxes.  As of the Petition Date, the

loan was escrowed for property taxes and Secured Creditor has continued to escrow for property taxes. The current monthly escrow payment is $39.89. As of October 19, 2015, the property taxes are current. Secured Creditor will agree to de-escrow the property taxes upon court order.

6. <u>Motion:</u>    Secured Creditor reserves the right to supplement and/or amend this Motion to Clarify Escrow Treatment.

WHEREFORE, the Secured Creditor requests that the Court enter an order clarifying escrow treatment, and for such other and further relief as the Court deems just and proper.

MCCALLA RAYMER, LLC

By:    /s/ Ashley Prager Popowitz
Ashley Prager Popowitz
Florida Bar No. 72341
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (754) 263-1065
Fax: (754) 263-1065
Email: alp@mccallaraymer.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on October 19, 2015 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Tomas Gonzalez and Martha Gonzalez, 7757 W 36 Avenue #1, Hialeah, FL 33018-1685.

By:    /s/ Ashley Prager Popowitz
Ashley Prager Popowitz

**14-33719-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Bank Of America
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Marc G Granger on behalf of Creditor OneWest Bank, N.A.
mgranger@kahaneandassociates.com, bkecf@kahaneandassociates.com

Scott C Lewis on behalf of Creditor OneWest Bank N.A
bkfl@albertellilaw.com

Scott C Lewis on behalf of Creditor OneWest Bank, N.A.
bkfl@albertellilaw.com

Nancy K. Neidich
e2c8f01@ch13herkert.com

Austin M Noel on behalf of Creditor OneWest Bank N.A
bkfl@buckleymadole.com

Austin M Noel on behalf of Creditor OneWest Bank, N.A.
bkfl@buckleymadole.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor U.S. Bank National Association
alp@mccallaraymer.com, flbkecf@mccallaraymer.com

Robert Sanchez, Esq on behalf of Debtor Tomas Gonzalez
court@bankruptcyclinic.com, courtECFmail@gmail.com

Robert Sanchez, Esq on behalf of Joint Debtor Martha Gonzalez
court@bankruptcyclinic.com, courtECFmail@gmail.com